```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 04 B 34699
    DUANE B RYLKO
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-4048

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 09/17/2004 and was confirmed 11/17/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  25.08% from remaining funds.

     The case was paid in full 01/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID          PAID
--------------------------------------------------------------------------
DRIVE FINANCIAL SERVICES  SECURED           5400.00       423.97       5400.00
DRIVE                     UNSECURED OTH      711.11          .00        178.37
AMSHER COLLECTION SERVIC  UNSECURED       NOT FILED          .00            .00
T-MOBILE BANKRUPTCY       UNSECURED          588.37          .00        147.57
BARNES USED CARS          UNSECURED       NOT FILED          .00            .00
CHRIST HOSPITAL           UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING   UNSECURED          780.00          .00        195.63
ENTERPRISE RENT A CAR     UNSECURED         4759.36          .00       1193.70
PREMIER BANCARD CHARTER   UNSECURED          421.53          .00        105.72
JEFFERSON CAPITAL SYSTEM  UNSECURED         1783.25          .00        447.26
SPRINT                    UNSECURED       NOT FILED          .00            .00
HEALTHSPAN SERVICES       UNSECURED           83.40          .00         20.92
ST FRANCIS HOSPITAL       UNSECURED       NOT FILED          .00            .00
ERNESTO D BORGES JR       DEBTOR ATTY      1,100.00                    1,100.00
TOM VAUGHN                TRUSTEE                                        536.86
DEBTOR REFUND             REFUND                                         262.00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  10,012.00

PRIORITY                                           .00
SECURED                                       5,400.00
    INTEREST                                    423.97
UNSECURED                                     2,289.17
ADMINISTRATIVE                                1,100.00
TRUSTEE COMPENSATION                            536.86
DEBTOR REFUND                                   262.00
                         --------------    --------------
TOTALS                   10,012.00            10,012.00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 34699 DUANE B RYLKO

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/24/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE